COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: In re FedEx Ground Package System, Inc., O'Brien Interest, Inc., and Shannon Wilkerson

Appellate case number: 01-22-00867-CV

Trial court case number: 2019-74906

Trial court: 334th District Court of Harris County

On November 22, 2022, relators, FedEx Ground Package System, Inc., O'Brien Interest, Inc., and Shannon Wilkerson, filed a petition for writ of mandamus challenging the trial court's November 2, 2022 "Order Denying [Relators'] Motion for Leave to Designate Responsible Third Party." Relators allege that the trial court abused its discretion by refusing to designate Jim McCord as a responsible third party in the underlying litigation.

On November 29, 2022, the Court requested a response from any real party in interest, due on or before December 19, 2022. On December 9, 2022, real party in interest, Roberto Ramirez, filed a motion to extend time to file a response, requesting that the deadline to file a response to the petition for writ of mandamus be extended to January 18, 2023. The Court granted Ramirez's request and extended the deadline for filing a response. On January 11, 2023, Ramirez filed a second motion to extend the deadline for filing a response, requesting the deadline be extended an additional seven days, making the deadline to file January 25, 2023.

The motion states the requested extension is not opposed by any party. *See* TEX. R. APP. P. 10.1 (a)(5), 10.3(a)(2). Ramirez's motion is **granted**. The deadline for filing a response to the petition for writ of mandamus is extended to **January 25, 2023**.

It is so ORDERED.


Judge's signature: _/s/ April Farris_____

         ☑ Acting individually ☐ Acting for the Court

Date: ___January 19, 2023_____